## LAKE COUNTY WATER & LIGHT COMPANY *v.* WALSH.

[No. 3,979. Filed December 10, 1902.]

From Lake Superior Court; *H. B. Tuthill,* Judge.

Suit by Redmond D. Walsh against the Lake County Water & Light Company. From a judgment for plaintiff, defendant appeals. *Affirmed.*

*Wood & Oakley, V. S. Reiter, Walter Olds* and *N. D. Doughman,* for appellant.
*A. F. Knotts, W. B. Reading* and *B. M. Cheney,* for appellee.

HENLEY, J.—The questions presented by this appeal are all decided adversely to appellant by the Supreme Court in the case of *Lake County Water, etc., Co.* v. *Walsh,* 160 Ind.——.
Judgment affirmed.